**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jorge RAMIREZ, Defendant— Appellant.**

No. 02–50033.

D.C. No. CR–01–02523–NAJ.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2000.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

**MEMORANDUM***

Jorge Ramirez appeals his conviction by guilty plea for importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. Ramirez's argument that his convictions should be reversed because 21 U.S.C. §§ 952 and 960 are unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *United States v. Varela–Rivera,* 279 F.3d 1174, 1175 n. 1 (9th Cir.2002) (section 952) and *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–11 (9th Cir. 2002) (section 960).

**AFFIRMED.**

**Richard William TURNER, Plaintiff–Appellant,**

v.

**Ted STANNEY, Sergeant/Supervisor; et al., Defendants–Appellees.**

No. 02–55001.

D.C. No. CV–01–07010–GHK.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Richard William Turner appeals pro se the district court's dismissal, pursuant to Fed.R.Civ.P. 12(b)(1), of Turner's action against the Los Angeles County Sheriff's Department and Sergeant Ted Stanney. Turner also appeals the district court's denial of his motion seeking to disqualify the presiding judge. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a district court's dismissal for lack of subject matter jurisdiction. *Crum v. Circus Circus Enters.,* 231 F.3d 1129, 1131 (9th Cir.2000). We review for abuse of discretion the district court's denial of a recusal motion. *Leslie v. Grupo ICA,* 198 F.3d 1152, 1160 (9th Cir.1999). We affirm.

Dismissal was proper because Turner's complaint alleged that all parties were citizens of the same state and presented no federal question. *See Wayne v. DHL Worldwide Express,* 294 F.3d 1179, 1183 n. 2 (9th Cir.2002).

Because Turner sought to disqualify the district judge solely on the basis of prior adverse decisions, the district court did not abuse its discretion by denying the motion

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

for recusal. *See* 28 U.S.C. § 455(a); *Leslie,* 198 F.3d at 1160.

Turner's remaining contentions lack merit.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Antonio A. CHAVEZ, Defendant—
Appellant.**

No. 02–55341.

D.C. Nos. CV–01–00638–JSR,
CR–88–00723–JSR.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2000.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).